**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

HENRY AVILES,

                                    **Plaintiff,**                                    **25-CV-04497 (SN)**

                    -against-                                                **ORDER**

AULIE JEZREEL, et al.,

                                    **Defendants.**

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

In light of the close of fact discovery on December 1, 2025, the parties are encouraged to advise the Court if they would like (1) to schedule a settlement conference before me, (2) to schedule a settlement conference before another Magistrate Judge, or (3) a referral to the mediation program. If the parties wish to proceed with any of these options, they are directed to email Courtroom Deputy Diljah Shaw at Diljah_Shaw@nysd.uscourts.gov as soon as possible.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:         December 9, 2025
                    New York, New York