**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

HENRY AVILES,

Plaintiff,

-against-

AULIE JEZREEL, et al.,

Defendants.

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ 3/26/2026

25-CV-04497 (SN)

<u>ORDER OF DISMISSAL</u>

**SARAH NETBURN, United States Magistrate Judge:**

On February 18, 2026, the parties advised that they have reached a settlement in principle. Accordingly, it is ORDERED that this action is dismissed, provided, however, that within 30 days of this Order, counsel for the plaintiff may apply by letter to restore this action to this Court's calendar, in which event the action will be restored. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      March 26, 2026
            New York, New York